# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2013

147766

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re DAVILA, Minors.

SC: 147766
COA: 313019
Oakland CC Family Division:
2012-793577-NA

_____/

On order of the Court, the application for leave to appeal the August 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2013



p1015

Clerk